JAMES P. MAYO (SBN 169897)
**SEGAL & KIRBY**
770 L Street, Suite 1440
Sacramento, CA  95814
(916) 441-0828

Attorneys for Defendant
MARILYN THI DANG

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | NO. CIV S-01-1514 WBS DAD |
| Plaintiff, | **STIPULATION AND ORDER RE DEFENDANT'S EX PART APPLICATION SHORTENING TIME FOR HEARING ON MOTION FOR STAY OF JUDGMENT PENDING APPEAL** |
| vs. | |
| MARILYN THI DANG, | |
| Defendant. | _____ |
| _____/ | Date: December 5, 2005<br>Time: 1:30 p.m.<br>Place: Courtroom of Hon. William B. Shubb |

Pursuant to Local Rule 6-144(e), Defendant, Marilyn Thi Dang, through counsel, and  Plaintiff, United States of America, through counsel, hereby jointly stipulate that Defendant's motion for stay of judgment pending appeal may be heard on shortened time, on December 5, 2005.  The parties further stipulate to the following briefing schedule:

Defendant's motion shall be filed and served on November 23, 2005; the government's opposition, if any, shall be served and filed on or before November 30, 2005; reply waived.  Since this case pre-dates the Court's electronic filing procedures, the government's counsel is not yet registered in this system, and the processing time for registration will likely exceed the shortened time parameters established by the briefing schedule,  the government shall be permitted to file and

serve a "paper" opposition to the motion.

Dated: November 23, 2005　　　　　　　Respectfully submitted,

**SEGAL & KIRBY**

By:　/s/_____
　　　JAMES P. MAYO
Attorneys for Defendant
MARILYN THI DANG

Dated: November 23, 2005

Office of Immigration Litigation
U.S. Dept. of Justice/Civil Division

By:　/s/_____
　　　PATRICIA M. CORRALES-TALLEDA
Attorneys for Plaintiff UNITED STATES OF AMERICA

# O R D E R

The Court, having reviewed Defendant's Ex Parte Application and the above Stipulation, and GOOD CAUSE appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's motion for stay of judgment pending appeal may be heard on shortened time, on December 5, 2005.

**IT IS FURTHER ORDERED** that Defendant's motion shall be filed and served on November 23, 2005; the government's opposition, if any, shall be served and filed on or before November 30, 2005; Defendant's reply waived.   Plaintiff shall also be permitted to file and serve a "paper" opposition to the motion.

Dated: November 28, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE